IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GECKO ROBOTICS, INC., | ) |
| | ) Case No. 2:23-cv-00229-PPS-JEM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUMMIT NDE, LLC, JUAN ROBERTO MENDOZA MORA and ANGEL ORTEGA, | ) ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR ENTRY OF CONSENT INJUNCTION**

Plaintiff Gecko Robotics, Inc. and Defendants Summit NDE, LLC, Juan Roberto Mendoza Mora, and Angel Ortega (collectively, the "Parties"), by and through their undersigned counsel, jointly request that the Court enter the Consent Injunction attached hereto as Exhibit A and state as follows:

1. The Parties have reached a mutually acceptable settlement of their dispute and have executed a formal settlement agreement (the "Settlement Agreement").

2. As a principal term of the Settlement Agreement, the Parties have agreed upon the entry of a Consent Injunction, a copy of which is attached hereto as Exhibit A.

3. On July 2, 2024, the Court entered an Order requiring the parties to file the proposed consent injunction by August 16, 2024.

4. The Parties agree on all terms of the Settlement Agreement and the proposed Consent Injunction.

5. Accordingly, the Parties respectively request that the Court enter the proposed Consent Injunction attached hereto as Exhibit A.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: */s Fridrikh V. Shrayber*<br>    Fridrikh V. Shrayber<br>    Audrey K. Kwak<br>    Julie A. Mueller<br>    Dentons Cohen & Grigsby P.C.<br>    625 Liberty Avenue, 5th Floor<br>    Pittsburgh, PA  15222-3152<br>    Telephone: (412) 297-4900<br>    fred.shrayber@dentons.com<br>    audrey.kwak@dentons.com<br>    julie.mueller@dentons.com<br><br>*Attorneys for Plaintiff GECKO ROBOTICS, INC.* | By: */s C. Anthony Ashford*<br>    C. Anthony Ashford<br>    Ashford Law Group, PC<br>    332 W. 806 N.<br>    Valparaiso, IN 46385<br>    Telephone: (219) 728-5210<br>    cashfordlaw1@gmail.com<br><br>    Guy S. DiMartino<br>    Guy DiMartino Law, PC<br>    1000 Washington Street<br>    Michigan City, IN 46360<br>    Telephone: (219) 690-8997<br>    gsd@gsdimartino.com<br><br>*Attorneys for Defendant SUMMIT NDE, LLC*<br><br>By: */s Paul B. Poracky*<br>    Paul B. Poracky<br>    Koransky, Bouwer & Poracky, P.C.<br>    425 Joliet Street, Suite 425<br>    Dyer, IN 46311<br>    Telephone: (219) 865-6700<br>    pporacky@kblegal.net |
| Date:  July 16, 2024 | *Attorneys for Defendants JUAN ROBERTO MENDOZA MORA and ANGEL ORTEGA* |

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of July, 2024, a true copy of the foregoing document was served upon all counsel of record via CM/ECF.

/s/ *Fridrikh V. Shrayber*