UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| GECKO ROBOTICS, INC.., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:23-CV-229-PPS-JEM |
| | ) | |
| SUMMIT NDE, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**INJUNCTIVE ORDER**

The Parties filed a Joint Motion for Entry of Consent Injunction on July 16, 2024 [DE 143]. As detailed in their July 1, 2024, Notice of Settlement [DE 141], the Parties have reached an agreement to settle this action a condition of which will include the joint filing of a Stipulation to Dismiss the Action (without prejudice) and the proposed Consent Injunction attached as Exhibit 1 to the Parties Joint Motion before me now. Having reviewed the Parties' Joint Motion, I hereby GRANT the Parties Joint Motion for Entry of Consent Injunction [DE 143] and ORDER as follows:

1. Defendants shall return to Gecko and delete all copies of Gecko's information retained, downloaded, copied, or otherwise transferred by Mr. Mendoza and Mr. Ortega from Gecko. Defendants shall certify under oath to Gecko that they have returned to Gecko and deleted all copies of Gecko's confidential and proprietary information.

2. Defendants are prohibited from using, disclosing, or otherwise relying upon

any of Gecko's confidential and proprietary information previously known or disclosed to them.

3. This Court shall retain jurisdiction to enforce the Parties' compliance with this Order and to resolve any disputes regarding its meaning for one year following the docketing of this Order.

SO ORDERED.

ENTERED: July 17, 2024

                                              /s/ Philip P. Simon
                                              PHILIP P. SIMON, JUDGE
                                              UNITED STATES DISTRICT COURT