UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| GECKO ROBOTICS, INC.., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:23-CV-229-PPS-JEM |
| | ) | |
| SUMMIT NDE, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

As detailed in their July 1, 2024, Notice of Settlement [DE 141], the Parties have reached an agreement to settle this action. The conditions of settlement included the joint filing of a Consent Injunction [DE 143], which I granted on July 17, 2024 [DE 144], and the Joint Stipulation of Dismissal Without Prejudice before me now [DE 145].

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, I hereby GRANT the Parties Joint Stipulation of Dismissal [DE 145]. Case number 2:23-cv-229 is DISMISSED WITHOUT PREJUDICE, without costs to any party. While I retain jurisdiction to enforce the Parties' compliance with the Injunctive Order for one year from the date of that Order, *see* DE 144, in the interim I direct the Clerk to administratively close case number 2:23-cv-229.

**SO ORDERED**.

ENTERED: July 29, 2024

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT